UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DARREN T. HAYES,<br><br>　　　　　　Defendant. | 6:21-PO-5034-KLD<br>Ticket Number: FBJ005G<br>Location Code: M5<br><br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　On January 4, 2022 Defendant appeared remotely for an arraignment on the above-referenced violation notice and entered a plea of guilty to the charge of driving with suspended license, in violation of 36 C.F.R. § 161.54D.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　1. Defendant must pay a fine in the amount of $40, plus a $10 Special Assessment and $30 Processing Fee for a total amount due of $80. **Payment of the total amount due shall be made on or before January 6, 2023.** Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov.

　　　　Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement

specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

DATED this 4th day of January, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge